■ MICHAEL P. GRACE, II, Individually and as a Trustee under the Will of JANET GRACE, Deceased, Appellant, v. DEEPDALE, INC., et al., Defendants, COMMITTEE OF JANET M. GRACE, by GRACE NATIONAL BANK OF NEW YORK, et al.,

966

Respondents. (Action No. 1.) CORINNE GRACE, as Guardian ad Litem for MICHAEL P. GRACE, JR., an Infant, Appellant, v. JOSEPH P. GRACE, JR., et al., as Trustees under the Will of JANET GRACE, Deceased, et al., Respondents. (Action No. 2.) — Appeals from a judgment entered after trial which (a) declared a contract of sale dated May 6, 1955 to be valid, (b) dismissed the complaints in the consolidated action, and (c) directed specific performance of the contract. Judgment unanimously affirmed, with costs to all respondents filing briefs, payable personally by the appellant in Action No. 1. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ. [9 Misc 2d 538.]